UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PETROPOULOS, II,

    Plaintiff,

    v.                          Civil Action No. 1:22-cv-11541-DJC

PRIDE CHEVROLET, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs.

Dated: November 7, 2022.

| | |
|---|---|
| s/Lee D. Sarkin | s/Scott D. Carman |
| Lee D. Sarkin, Esq. | Scott D. Carman, Esq. |
| BBO No. 710006 | BBO No. 672469 |
| LSarkin@aol.com | scarman@kjcllp.com |
| Attorney for Plaintiff | Attorney for Defendant |
| 2 Burlington Woods Drive, Suite 100 | Krems, Jackowitz and Carman, LLP |
| Burlington, Ma. 01803 | 131 Tremont Street |
| Telephone (781) 222-4032 | Boston, Ma. 02111 |
| | Telephone (617) 556-0244 |